IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT SHUFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:10cv203-WHA |
| ) | |
| CITY OF MONTGOMERY, ALABAMA, ) | (WO) |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day granting the Defendant's Motion for Summary Judgment,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.

Costs are taxed against the Plaintiff.

DONE this 12th day April, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE